For this reason, I concur in the result reached by the Majority in this matter.

Judy STUBY, Petitioner,

v.

**BLACK AND DECKER (U.S.), INC., Respondent.**

Supreme Court of Pennsylvania.

June 1, 1998.

## ORDER

PER CURIAM:

AND NOW, this 1st day of June, 1998, the Petition for Allowance of Appeal is **GRANTED**, the Order of the Superior Court is **REVERSED**, and the matter is **REMANDED** to the Court of Common Pleas of Allegheny County consistent with this Court's opinion in *Jacobs v. Halloran,* —— Pa. ——, 710 A.2d 1098 (1998) and *Marino v. Hackman,* —— Pa. ——, 710 A.2d 1108 (1998).

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Fred Edward CONNOLLY, Appellant.**

Supreme Court of Pennsylvania.

Submitted March 10, 1998.

Decided July 21, 1998.

Warner Mariani, Pittsburgh, for Fred E. Connolly.

Michael W. Streily, Pittsburgh, for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *ORDER*

**PER CURIAM:**

This appeal is dismissed as having been Improvidently Granted.